```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| SHERWIN ALUMINA LP, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | §   C.A. NO. C-06-183 |
| ALUCHEM CORPORATION, | § |
| | § |
| Defendant. | § |

## ORDER

On May 15, 2006, the Court held a telephone conference in the above-styled action. At this conference the Court made the following orders:

1. Plaintiff Sherwin Alumina LP shall allow Defendant Aluchem Corporation to inspect its facility in Gregory, Texas that manufactures Calcined Alumina SC-2 and SC-10 on Tuesday, May 16, 2006;

2. Plaintiff shall make available for inspection, by Tuesday, May 16, 2006, all documents related to its emission infractions since 2004 and how those infractions were resolved;

3. Plaintiff shall produce Chester Ingersoll, Sandra Bailey and Tom Ballou for deposition by Friday, May 19, 2006; and

4. The Preliminary Injunction hearing is scheduled for June 12,

2006, at the same time as the Initial Pretrial Conference.

SIGNED and ENTERED on the 15th day of May, 2006.

_____
Janis Graham Jack

United States District Judge