IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SHERWIN ALUMINA L.P., | § § § § | |
| Plaintiff/Counter-Defendant, | § § | Civil Action No. C-06-183 |
| v. | § § § | No. C-06-210 |
| ALUCHEM, INC., | § § § | |
| Defendant/Counter-Claimant. | § § | |

**ORDER WITHDRAWING MOTIONS AND EXTENDING CERTAIN DEADLINES**

On this day came on to be considered Plaintiff/Counter-Defendant Sherwin Alumina, L.P.'s ("Sherwin") and Defendant/Counter-Claimant AluChem, Inc.'s ("AluChem") unopposed oral motion to withdraw certain motions and extend the deadlines for joinder of parties and amendment of claims.

On July 31, 2006, Aluchem filed the following two motions: (1) Motion for Leave to File AluChem's Original Third Party Action (D.E. 55); and (2) Motion for Leave to File AluChem's First Original Complaint (D.E. 58).  The parties have made an oral motion to extend the deadlines for joinder of parties and amendment of claims, and to withdraw AluChem's above-referenced motions (D.E. 55 and 58), with leave for AluChem to re-file at a later date if settlement negotiations are unsuccessful.  The parties have confirmed that the extension of deadlines for joinder of parties

and amendment of claims will not interfere with the trial date of April 3, 2007.

The Court ORDERS as follows:

1. The deadline for joinder of parties is extended from July 31, 2006 until November 15, 2006.
2. The deadline for amendment of pleadings is extended from October 31, 2006 until November 15, 2006.
3. AluChem's Motion for Leave to File AluChem's Original Third Party Action (D.E. 55) and Motion for Leave to File AluChem's First Original Complaint (D.E. 58) are hereby withdrawn, with leave for AluChem to re-file at a later date.

SIGNED and ENTERED this 15th day of August, 2006.

_____
Janis Graham Jack
United States District Judge