```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

SHERWIN ALUMINA L.P.,              §
                                   §
                                   §
     Plaintiff/Counter-Defendant,  §    Civil Action
                                   §    No. C-06-183
v.                                 §    No. C-06-210
                                   §
                                   §
ALUCHEM, INC.,                     §
                                   §
     Defendant/Counter-Claimant.   §

## ORDER

On this day came on to be considered Defendant/Counter-Claimant AluChem, Inc.'s ("AluChem") Motion for Leave to File AluChem's First Amended Original Complaint (D.E. 77) ("Motion for Leave"). In its Motion for Leave, AluChem seeks to amend its Complaint to add claims against Plaintiff/Counter-Defendant Sherwin Alumina, L.P. ("Sherwin Alumina") for fraud and for violation of the Texas Deceptive Trade Practices Act, and claims against Sherwin Alumina employees Houshang Shams, Mark Liu and Jerry Hooper for fraud and conspiracy to commit fraud. As this case is scheduled for trial in April, 2007, the Court hereby DENIES AluChem's Motion for Leave.

SIGNED and ENTERED this 20th day of February, 2007.

_____
            Janis Graham Jack
       United States District Judge