IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SHERWIN ALUMINA L.P., | § | |
| | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | Civil Action |
| | § | No. C-06-183 |
| v. | § | No. C-06-210 |
| | § | |
| | § | |
| ALUCHEM, INC., | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

**ORDER GRANTING REINSTATEMENT OF**
**ALUCHEM'S MOTION FOR SUMMARY JUDGMENT**

On this day came on to be considered Defendant/Counter-Claimant AluChem, Inc.'s ("AluChem") motion to reinstate AluChem's motion for summary judgment (D.E. 85, seeking to reinstate D.E. 16) ("Motion to Reinstate").  The Court hereby GRANTS AluChem's Motion to Reinstate, effective as of today's date.[1]

SIGNED and ENTERED this 21st day of February, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] D.E. 16 consists of AluChem's motion for preliminary injunction, permanent injunction, and summary judgment.  This Court's Order only reinstates AluChem's motion for summary judgment, not AluChem's motion for permanent injunction or AluChem's motion for preliminary injunction.