IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| SHERWIN ALUMINA L.P., | § § § § § § | |
| Plaintiff/Counter-Defendant, | § § | Civil Action No. C-06-183 |
| v. | § § | No. C-06-210 |
| ALUCHEM, INC., | § § § § | |
| Defendant/Counter-Claimant. | § § § § | |

**ORDER**

On this day came on to be considered Defendant/Counter-Claimant AluChem, Inc.'s ("AluChem") Motion for Reconsideration of this Court's Order denying AluChem's Motion for Leave to File AluChem's First Amended Original Complaint (D.E. 81, denying D.E. 77).[1]  The Court hereby GRANTS AluChem's Motion for Reconsideration, and the Court hereby VACATES Order No. 81. AluChem is hereby GRANTED leave to file its First Amended Original Complaint (D.E. 77, Attach. 1) in the above-styled consolidated action.  Per agreement of the parties, Sherwin Alumina's response

---

[1] In its Motion for Leave (D.E. 77), AluChem seeks to amend its Complaint to add claims against Plaintiff/Counter-Defendant Sherwin Alumina, L.P. ("Sherwin Alumina") for fraud and for violation of the Texas Deceptive Trade Practices Act, and claims against Sherwin Alumina employees Houshang Shams, Mark Liu and Jerry Hooper for fraud and conspiracy to commit fraud.

to AluChem's First Amended Original Complaint is due on March 1, 2007.

SIGNED and ENTERED this 23rd day of February, 2007.

_____
Janis Graham Jack
United States District Judge