```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| SHERWIN ALUMINA, L.P.,              | § | |
|                                     | § | |
|    Plaintiff/Counter-Defendant, | § | Civil Action |
|                                     | § | No. C-06-183 |
| v.                                  | § | |
|                                     | § | |
| ALUCHEM, INC.,                      | § | |
|                                     | § | |
|    Defendant/Counter-Claimant. | § | |

_____

| | | |
|---|---|---|
| ALUCHEM, INC,                       | § | |
|                                     | § | |
|    Plaintiff,        | § | Civil Action |
|                                     | § | No. C-06-210 |
| v.                                  | § | |
|                                     | § | |
| SHERWIN ALUMINA L.P., HOUSHANG      | § | |
| SHAMS, MARK LIU, JERRY HOOPER,      | § | |
|                                     | § | |
|    Defendants.       | § | |

## **STRIKE ORDER**

The Court hereby STRIKES the following documents filed in the above-styled action: (1) AluChem's Reply Memorandum in Support of Second Motion for Summary Judgment (D.E. 109); and (2) Sherwin Alumina's Response to AluChem's Reply in Support of Its Second Motion for Summary Judgment (D.E. 111).

The above-referenced documents do not comply with Paragraph 4 of the Court's Scheduling Order in this case, which states that "[n]o reply to the opposition to a motion will be filed by movant without leave of Court on good cause." (D.E. 44, ¶ 4).

Further, the Court finds that there is no good cause in this

case for AluChem to file its reply brief (D.E. 109) or for Sherwin Alumina to file its sur-reply brief (D.E. 111) with regard to AluChem's Second Motion for Summary Judgment. The parties have had ample opportunities to set forth their reasoning and supporting evidence, and good cause does not exist for further briefing on these same issues.

    SIGNED and ENTERED this 23rd day of March, 2007.

_____
Janis Graham Jack
United States District Judge