```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| ALUCHEM, INC., | § | |
| | § | |
|     Plaintiff, | § | Civil Action |
| | § | No. C-06-183 |
| v. | § | No. C-06-210 |
| | § | |
| SHERWIN ALUMINA, L.P., HOUSHANG | § | |
| SHAMS, MARK LIU, JERRY HOOPER, | § | |
| | § | |
|     Defendants. | § | |

### ORDER

On this day came on to be considered Defendant Sherwin Alumina, L.P.'s ("Sherwin Alumina") "Motion for Leave to Supplement Summary Judgment Record and Brief in Support Thereof" (D.E. 119). With this motion, Sherwin Alumina seeks leave to supplement its response to AluChem, Inc.'s ("AluChem") second motion for summary judgment (D.E. 87). Specifically, Sherwin Alumina seeks to supplement its response brief and supporting evidence in light of recent and upcoming deposition testimony in this case.

The Court hereby GRANTS Sherwin Alumina's motion for leave to supplement. Sherwin Alumina must file its supplemental response brief and all supplemental evidence in support of its response by Monday, April 9, 2007.

SIGNED and ENTERED this 2nd day of April, 2007.

_____
            Janis Graham Jack
         United States District Judge