UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALUCHEM, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action |
| | § | No. C-06-183 |
| v. | § | No. C-06-210 |
| | § | |
| SHERWIN ALUMINA, L.P., HOUSHANG SHAMS, MARK LIU, JERRY HOOPER, | § § § | |
| | § | |
| Defendants. | § | |

ORDER STRIKING PLEADING (S)

The clerk has filed <u>AluChem, Inc's Motion to Compel Disclosure of Individual Defendants' Net Worth (D.E. 123, Case No. 06-183, D.E. 31, Case No. 06-210)</u>. AluChem's pleading is deficient in the area(s) checked below:

1. ___ Pleading is not signed by, or by permission of, attorney-in-charge.(LR5.2)

2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. _X_ Discovery not filed. (General Order, ¶C). *Per General Order, ¶C, "No discovery shall be filed with the Court. Each party is ordered not to file any discovery motion without prior telephonic permission of the Court."*

5. ___ No statement re: conference w/opposing counsel/party (LR7.1D)

6. ___ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other:

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: ___April 2, 2007___

_____
Janis Graham Jack
United States District Judge