IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| ALUCHEM, INC., | § § § § | |
| Plaintiff, | § § | Civil Action No. C-06-183 |
| v. | § § | No. C-06-210 |
| SHERWIN ALUMINA L.P., HOUSHANG SHAMS, MARK LIU, JERRY HOOPER, | § § § § | |
| Defendants. | § § § | |

### ORDER

On this day came on to be considered Sherwin Alumina, L.P.'s ("Sherwin Alumina") submission of purportedly privileged documents for in camera review (D.E. 131). These documents are designated as "SHERWIN'S IN CAMERA PRIVILEGED LOG PRODUCTION PLP # 001 - 0038." Sherwin Alumina claims that the above-referenced documents are privileged, and AluChem, Inc. ("AluChem") disputes that claim. After an April 2, 2007 telephone conference on the issue, the Court ordered Sherwin Alumina to file the above-referenced documents under seal, for an in camera review (D.E. 128). Pursuant to the Court's Order, Sherwin Alumina submitted the purportedly privileged documents for in camera review on April 6, 2007 (D.E. 131). The Court has completed its in camera review, and ORDERS as follows:

1. The documents identified by Bates Number as SHERWIN'S IN CAMERA PRIVILEGED LOG PRODUCTION PLP # 001, 003, 004, 005, 007, 008, 015, 016, 020, 021, 022, 023, 024, 025, 026, 027,

028, 029, 030, 031, 032, 033, 034, 035 and 036 are covered by the work-product doctrine set forth in Federal Rule of Civil Procedure 26(b)(3), and Sherwin Alumina does not have to produce the aforementioned documents to AluChem in the above-styled action.

2. The documents identified by Bates Number as SHERWIN'S IN CAMERA PRIVILEGED LOG PRODUCTION PLP # 002, 006, 009, 011, 012, 013, 014, 017, 018, 019 and 037 are covered by the attorney-client privilege set forth in Texas Rule of Evidence 503(b), and Sherwin Alumina does not have to produce the aforementioned documents to AluChem in the above-styled action.

3. The documents identified by Bates Number as SHERWIN'S IN CAMERA PRIVILEGED LOG PRODUCTION PLP # 010 and 038 are covered by <u>both</u> the attorney-client privilege set forth in Texas Rule of Evidence 503(b) and the work-product doctrine set forth in Federal Rule of Civil Procedure 26(b)(3), and Sherwin Alumina does not have to produce the aforementioned documents to AluChem in the above-styled action.

SIGNED and ENTERED this 12th day of April, 2007.

_____
Janis Graham Jack
United States District Judge