IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

```
ALUCHEM, INC.,                        §
                                      §
      Plaintiff,                      §   Civil Action
                                      §   No. C-06-183
v.                                    §   No. C-06-210
                                      §
SHERWIN ALUMINA, L.P., HOUSHANG       §
SHAMS, MARK LIU, JERRY HOOPER,        §
                                      §
      Defendants.                     §
```

## ORDER

On this day came on to be considered Sherwin Alumina, L.P.'s ("Sherwin Alumina") motion for leave to file (D.E. 143) its motion in limine after the deadline imposed by the Court's General Order (D.E. 45, General Order, ¶ IX). Sherwin Alumina's motion for leave is hereby DENIED.

SIGNED and ENTERED on this 19th day of April, 2007.

_____
Janis Graham Jack
United States District Judge